# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Larry D. Minnifield,

       Plaintiff,

   - vs -

Department of Veterans Affairs, et al.,

       Defendants.

Case No. 3:08-cv-357

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #5), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Complaint against "Guy Richardson" is dismissed without prejudice as failing to state a claim upon which relief can be granted.

December 17, 2008

Thomas M. Rose
United States District Judge