# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LARRY D. MINNIFIELD,

    Plaintiff,   :   Case No. 3:08-cv-357

                                              District Judge Thomas M. Rose
   -vs-                                  Magistrate Judge Michael R. Merz

                               :

DEPARTMENT OF VETERANS
 AFFAIRS, et al.,

    Defendants.

## REPORT AND RECOMMENDATIONS

This case is before the Court on *sua sponte* review of the docket. On December 17, 2008, Plaintiff was advised that service had to be completed in this case by January 29, 2009 (Doc. No. 6). Examination of the docket shows that the United States Attorney's Office has acknowledged receipt of the Summons and Complaint (Doc. No. 10). However, there is no record of service on the Attorney General or the Veterans Administrations and the time for service under Fed. R. Civ. P. 4(m) has expired.

It is therefore recommended that this action be dismissed without prejudice for want of prosecution.

January 30, 2009.

                                                       s/ **Michael R. Merz**
                                                      United States Magistrate Judge

# NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within ten days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(e), this period is automatically extended to thirteen days (excluding intervening Saturdays, Sundays, and legal holidays) because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(B), (C), or (D) and may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within ten days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F. 2d 947 (6th Cir., 1981); *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).