# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LARRY D. MINNIFIELD,

   Plaintiff,    :   Case No. 3:08-cv-357

                District Judge Thomas M. Rose
 -vs-            Magistrate Judge Michael R. Merz
              :

DEPARTMENT OF VETERANS
AFFAIRS, et al.,

   Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

   The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 26), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 3, 2010, hereby ADOPTS said Report and Recommendations.

   It is therefore ORDERED that the Complaint herein be, and it hereby is, dismissed with prejudice.

May 4, 2010.      *s/THOMAS M. ROSE*

                      Thomas M. Rose
                     United States District Judge